UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL ESTRADA, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:04-CV-1394-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:01-CR-200-G |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, the court **DENIES** petitioner's motions for discovery and for appointment of counsel found within his motion to vacate, and the separate motion for discovery filed with

his traverse. By separate judgment, the court will formally deny petitioner's motion to vacate consistent with the findings, conclusions, and recommendation entered in this case.

**SO ORDERED**.

May 18, 2007.

_____
A. JOE FISH
CHIEF JUDGE